EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Eddie A. Pérez Pérez | 2016 TSPR 185<br><br>196 DPR ____ |

Número del Caso: TS-16,917

Fecha: 17 de agosto de 2016

Abogada del Peticionario:

       Lcda. Carmen I. Navas
       Procuradora del Abogado
       Colegio de Abogados

Materia: Reinstalación al ejercicio de la Notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Eddie A. Pérez Pérez                    TS-16917


RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de agosto de 2016.

Examinada la *Solicitud de Reconsideración de Reinstalación al Ejercicio de la Notaría,* se autoriza reinstalar al Lcdo. Eddie A. Pérez Pérez al ejercicio de la Notaría, una vez acredite el pago de la fianza notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo